AO 106A (08/18) Application for a Warrant by Telephone or Other Reliable Electronic Means

# UNITED STATES DISTRICT COURT
for the
New Mexico

FILED
United States District Court
Albuquerque, New Mexico

Mitchell R. Elfers
Clerk of Court

In the Matter of the Search of  )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )
A Grey Nissian Sedan with ) Case No. 22 MR 1401
New Mexico License plate RKC247 )
)

## APPLICATION FOR A WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location):* A Grey Nissian Sedan with New Mexico License plate RKC247 Located at RA 457 State Route 912, Prewitt, NM

located in the _____ District of New Mexico , there is now concealed *(identify the person or describe the property to be seized):* Cash, Weapons, Knives, Firearms, Firearm Accessories, Ammunition, Cellular Devices, Receipts for Firearms, Photos, and Narcotics

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more):*
☑ evidence of a crime;
☑ contraband, fruits of crime, or other items illegally possessed;
☑ property designed for use, intended for use, or used in committing a crime;
☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 111 113(a)(3) 113(a)(6) | Assault w/ dangerous weapon w/ intent to do bodily harm Assault resulting in serious bodily injury |

The application is based on these facts:
See Oral Testimony

☐ Continued on the attached sheet.
☐ Delayed notice of ____ days *(give exact ending date if more than 30 days:* _____ *)* is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

/s/ Applicant's signature

Special Agent Sean Cave
Printed name and title

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by
telephone _____ *(specify reliable electronic means).*

Date: 8/21/22 11:04am

City and state: Farmington, NM

Telephonically Approved by B. Paul Briones
Judge's signature

B. Paul Briones, U.S. Magistrate Judge
Printed name and title

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

No. 22-MR-1401

In the Matter of the Search of:

A Grey Nissan Sedan with
New Mexico License Plate RKC247
Located at RA 457, State Route 412,
Prewitt, New Mexico

TELEPHONIC APPLICATION FOR SEARCH WARRANT
August 21, 2022

PARTIES ON TELEPHONE CALL:

B. Paul Briones, U.S. Magistrate Judge
FBI Special Agent Sean Cave

1  SPECIAL AGENT CAVE: Judge Briones, this is
2  Sean Cave, special agent with the FBI. The recorder is
3  running.
4  JUDGE BRIONES: Okay. Thank you. Good
5  morning, Agent Cave. This is B. Paul Briones, U.S.
6  Magistrate Judge, from the city of Farmington,
7  New Mexico.
8  I understand you are seeking an oral warrant
9  this morning; is that correct?
10  SPECIAL AGENT CAVE: Yes, Judge.
11  JUDGE BRIONES: All right. We'll start by
12  me swearing you in. I will ask you to tell me the
13  facts as you know and understand them to be that will
14  serve the basis of probable cause that you think you
15  have for the search warrant that you're seeking. Then
16  we'll do some other logistics after that.
17  But to begin with, go ahead and raise -- oh,
18  and I'll also say that today is August 21, 2022, and
19  the time is 12:57 a.m.
20  Go ahead and raise your right hand.
21  Agent Cave, do you swear that the statements
22  that you will give during oral application for the
23  search warrant will be true to the best of your
24  knowledge?
25  SPECIAL AGENT CAVE: Yes, Judge.

1  JUDGE BRIONES: All right. You go ahead and
2  tell me what facts you've come to know.
3  SPECIAL AGENT CAVE: Yes, Judge. Thank you,
4  Judge.
5  So on the evening of 8/20/2022 -- so just a
6  few hours ago -- I was notified by the Navajo Police
7  Department of a shooting in Prewitt, New Mexico. The
8  particular address of the shooting was identified to me
9  as RA 457, State Road 412, Prewitt, New Mexico.
10  The Navajo Police Department officers that I
11  am working with here, in conjunction with other law
12  enforcement officers, have identified this location as
13  on the Navajo Indian Reservation and a federal
14  territory by Indian Country designation.
15  When I arrived on scene, I was met by several
16  other law enforcement officers. Some of them were
17  New Mexico State Rangers. They identified themselves
18  as the initial responding agency to this location.
19  When they arrived, they found an individual
20  out front of the residence. He was later identified as
21  Garrick Mariano. He was calling in the responding law
22  enforcement officers into the home.
23  These New Mexico State Rangers found inside
24  the home on the floor a victim with at least a single
25  gunshot wound to his chest. During their response and

1  emergency care of the victim, the Rangers received

2  unsolicited statements from Mariano that he, Mariano,

3  was at least holding the rifle which ultimately shot

4  the victim.  The victim also made a statement to the

5  Rangers, which was also provided to me, and the

6  statement was that the victim had been shot by Mariano.

7           With consent from the victim's father, who

8  identified himself as the owner of RA 457, he

9  authorized agents and other officers consent to search

10 the residence, which concurred [sic] this evening.

11          Among many items collected at the scene was

12 an AR-15 rifle with at least one spent cartridge on the

13 floor and several other firearms.  Additionally found

14 was at least a cellphone on the floor covered in a red

15 blood-like substance.  Visible on the floor of the

16 residence was a sizeable collection of red blood-like

17 substances consistent with a scene where a gunshot

18 wound victim would have been.

19          Parked out front of the residence was a gray

20 Nissan sedan with license plate RKC247 with registered

21 owner Garrick Mariano.  The address for his

22 registration is in Smith Lake, which is not very close

23 to Prewitt.

24          In plain view inside the vehicle, officers

25 could see a scope that is commonly used with rifles,

1   multiple knives, a trauma-style medical kit, drug
2   paraphernalia -- drug paraphernalia, and a gun lock.
3           I am submitting this warrant to request a
4   search of the gray Nissan sedan with New Mexico license
5   plate RKC247 for the following items:  Cash, weapons,
6   knives, firearms, firearms accessories, ammunition,
7   cellular devices, receipts for firearms, photographs,
8   and narcotics.
9           I am submitting this warrant orally due to
10  the exigency of having to collect evidence this
11  evening.  We are unsure of whether or not our subject
12  for this investigation will have access to the vehicle
13  before we would be able to obtain a warrant through
14  normal means.
15              JUDGE BRIONES:  Agent Cave, I find probable
16  cause sufficient to allow the search warrant to be
17  issued.  The crime that you are investigating, I
18  deduce, would be perhaps murder; is that correct?  Is
19  that the crime that you are investigating?
20              SPECIAL AGENT CAVE:  Yes, Judge.  I
21  apologize.  It would be -- I should have stated that it
22  would be murder, although the victim at this time is
23  still alive as far as I know.  So it would be assault
24  with a dangerous weapon with -- causing serious bodily
25  injury.

Case 1:22-mr-01401-BPB   Document 1   Filed 08/21/22   Page 7 of 10
Page 6
No. 22-MR-1401                                    Telephonic Application for Search Warrant
US v. In re: Oral Warrant                                              August 21, 2022

1  JUDGE BRIONES:  Okay.  Well, I'm glad I
2  clarified that.
3       So -- and do you have the federal statute for
4  assault with a dangerous -- a deadly weapon?
5       SPECIAL AGENT CAVE:  I do not, sir, but I
6  believe murder is 113(a).
7       JUDGE BRIONES:  Okay.  I'm thinking it may
8  be 111(a), and 113(a) is the assault.
9       I'll ask that -- and I probably will look for
10  it, or you can -- to affix that to the search warrant.
11  I didn't follow that he was still alive, the victim,
12  but -- so for the time being, it would be [INAUDIBLE]
13  assault with a dangerous weapon.  Let's make sure we
14  get that cause number on the search warrant itself.
15       My direction to you is -- have you filled out
16  a search warrant, a written search warrant, that you
17  could leave at the premises?
18       SPECIAL AGENT CAVE:  Yes, Judge.  I have
19  filled out two copies, one to leave here and one to
20  take with me to turn in to the Court.
21       JUDGE BRIONES:  Okay.  I'm going to direct
22  that you have taken my stead, my position, since I
23  cannot be there nor am I able to electronically sign a
24  warrant at this time.  I'll ask you to please fill it
25  out as follows:  Make sure that it has the description

1   of the vehicle, the vehicle license number as you read.

2              Just in terms of the date for you to serve

3   this search warrant by on or before -- I'll give you

4   through August 31st, 2022, with the time of day that I

5   issued the search warrant as 1:04 a.m.

6              And I am in Farmington, New Mexico, so my

7   location, not yours, on the search warrant.  And put at

8   my signature line the words "Telephonically approved

9   by" and then my name, B., as in Brian, Paul Briones,

10  and my position, U.S. Magistrate Judge.

11             So that will be held and my signature will

12  appear as simply telephonically approved.

13             I will ask that you make a transcript of this

14  oral testimony for both yours and my review.  Also, by

15  the next business day submit to me a copy of the

16  search warrant that you are executing or putting my

17  signature upon, my telephonic approval, together with

18  the form for the application for -- in support of the

19  search warrant setting forth the facts as you have

20  stated them to me tonight.

21             Do you understand those directions?

22             SPECIAL AGENT CAVE:  Yes, Judge.

23             JUDGE BRIONES:  All right.  Go ahead and

24  take care of that, and then you can turn off the

25  recorder at this time.

1  SPECIAL AGENT CAVE:  Yes, Judge.  I am
2  turning off the recorder.
3       [End of call.]
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

1   REPORTER'S CERTIFICATE

2   I, Jenifer L. Russin, CCR #182, a Certified
3   Court Reporter, do hereby certify that the proceedings
4   of the above-entitled cause were transcribed by me
5   stenographically, and that the within transcript is a
6   true and accurate transcription of my shorthand notes.
7   I FURTHER CERTIFY that I am neither an attorney
8   nor counsel for, nor related to or employed by any of
9   the parties to the action, and that I am not a relative
10  or employee of any attorney or counsel employed by the
11  parties hereto, or financially interested in the
12  action.

*[Signature]*

Jenifer L. Russin, RDR, CRR
Certified Court Reporter #182
License Expires: 12/31/2022